# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN J. M.[1], an Individual, | Case No.: 2:18-05955 ADS |
| Plaintiff, | |
| v. | JUDGMENT OF DISMISSAL |
| ANDREW M. SAUL[2], Commissioner of Social Security, | |
| Defendant. | |

---

[1] Plaintiff's name has been partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

[2] On June 17, 2019, Saul became the Commissioner of Social Security. Thus, he is automatically substituted as the defendant under Federal Rule of Civil Procedure 25(d).

In accordance with the Memorandum Opinion and Order, Dkt. No. 23, filed concurrently herewith,

IT IS ORDERED AND ADJUDGED that the decision of the Commissioner of Social Security is affirmed, and this action is dismissed with prejudice.

DATE: March 18, 2020

                                         /s/ Autumn D. Spaeth
                                         THE HONORABLE AUTUMN D. SPAETH
                                         United States Magistrate Judge